No. 116. LANE-WELLS COMPANY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Raphael Dechter* for petitioners. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *F. E. Youngman,* and *Miss Helen R. Carloss* for respondent.

No. 118. KIKER *v.* PHILADELPHIA ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Ralph W. Wescott, Louis B. LeDuc,* and *George P. Williams, Jr.* for petitioner. *Mr. Abraham Wernick* for respondents.

No. 120. OSWALD *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John K. Hagopian* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for the United States.

No. 121. BARNES *v.* PENNSYLVANIA EX REL. BARNES. October 11, 1943. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Messrs. Charles S. Thompson* and *George W. Cupps, Jr.* for petitioner. *Mr. Samuel Kagle* for respondent.

No. 122. MUSKEGON MOTOR SPECIALTIES CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943.